FILED

SEP 11 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:24 CR 328 |
| | ) | Title 18, United States Code, |
| VICTOR HENRY AUSTIN, | ) | Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) | JUDGE HELMICK |
| | ) | MAG JUDGE CLAY |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about August 1, 2024, in the Northern District of Ohio, Western Division, Defendant VICTOR HENRY AUSTIN, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Robbery, on or about August 2, 2010, in Case Number CR-09-0281, Allen County Common Pleas Court, Attempted Weapons While Under Disability, on or about November 9, 2010, in Case Number 2010-CR-0035, Putnam County Common Pleas Court, Trafficking in Cocaine, on or about November 9, 2010, in Case Number 2010-CR-0063, Putnam County Common Pleas Court, and Felon in Possession of a Firearm, on or about December 27, 2018, in Case Number 3:18CR00386, United States District Court for the Northern District of Ohio, knowingly possessed in and affecting interstate commerce a firearm, to wit: Glock, Model 43x, pistol, Serial Number BWLG498, said

ORIGINAL

firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2.    The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant VICTOR HENRY AUSTIN shall forfeit to the United States any and all firearms, ammunition, and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the results of such violations, and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.