FILED

JAN 08 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SUPERSEDING I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE JACK ZOUHARY |
| | ) | |
| VICTOR HENRY AUSTIN, | ) | CASE NO. 3:24CR328 |
| | ) | |
| Defendant. | ) | Title 18, United States Code, |
| | ) | Sections 922(g)(1), 924(a)(8), 924(c), and 21, United States Code, Sections 841(a)(1), (b)(1)(B), and (b)(1)(C) |

COUNT 1
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury charges:

1. On or about August 1, 2024, in the Northern District of Ohio, Western Division, Defendant VICTOR HENRY AUSTIN did knowingly and intentionally possess with the intent to distribute at least 40 grams of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 2
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about August 1, 2024, in the Northern District of Ohio, Western Division, Defendant VICTOR HENRY AUSTIN did knowingly and intentionally possess with the intent



to distribute Cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about August 1, 2024, in the Northern District of Ohio, Western Division, Defendant VICTOR HENRY AUSTIN did knowingly and intentionally possess with the intent to distribute Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

4. On or about August 1, 2024, in the Northern District of Ohio, Western Division, Defendant VICTOR HENY AUSTIN knowingly possessed a firearm in furtherance of a drug trafficking crime, which may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), as charged in counts one, two, and three of this indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 5
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

5. On or about August 1, 2024, in the Northern District of Ohio, Western Division, Defendant VICTOR HENRY AUSTIN, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Robbery, on or about August 2, 2010, in Case Number CR-09-0281, Allen County Common Pleas Court, Attempted

Weapons While Under Disability, on or about November 9, 2010, in Case Number 2010-CR-0035, Putnam County Common Pleas Court, Trafficking in Cocaine, on or about November 9, 2010, in Case Number 2010-CR-0063, Putnam County Common Pleas Court, and Felon in Possession of a Firearm, on or about December 27, 2018, in Case Number 3:18CR00386, United States District Court for the Northern District of Ohio, knowingly possessed in and affecting interstate commerce a firearm, to wit: Glock, Model 43x, pistol, Serial Number BWLG498, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

6. The allegation of Counts 1-5 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant VICTOR HENRY AUSTIN shall forfeit to the United States any and all firearms, ammunition, and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the results of such violations, and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations charged in Counts 1-5.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.